1  Daniel D. Bodell Esq. (SBN 208889)
   BODELL LAW GROUP
2  11455 El Camino Real, Suite 480
   San Diego, CA 92130
3  Telephone: (858) 461-4699
   Facsimile: (858) 461-4703
4
   Attorneys for Plaintiff SARA ROODBARI
5

6

7  Henry L. Sanchez (SBN 176878)
   sanchezh@jacksonlewis.com
   Michael A. Wertheim (SBN 291228)
8  Michael.wertheim@jacksonlewis.com
   JACKSON LEWIS P.C.
9  725 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5408
10 Telephone: (213) 689-0404
   Facsimile: (213) 689-0430
11
   Attorneys for Defendant
12 BIOGEN INC. (also erroneously sued and served as BIOGEN IDEC)

13
                   UNITED STATES DISTRICT COURT
14
                  CENTRAL DISTRICT OF CALIFORNIA
15

16 | SARA ROODBARI,                        | Case No.: 2:17-CV-06389-ODW (FFMx)
17 |                                        |
   |           Plaintiff,                   | [Assigned for all purposes to the Honorable Otis D. Wright, II, Ctrm. 5D]
18 |                                        |
   |   vs.                                  | **JOINT REPORT OF EARLY MEETING OF COUNSEL**
19 |                                        |
   | BIOGEN IDEC; BIOGEN INC., and         | [F.R.C.P. 26 (f) AND LOCAL RULE 26-1]
20 | DOES 1 through 50, inclusive,          |
21 |           Defendants.                  | Complaint Filed: December 9, 2016
22 |                                        | Magistrate Judge: Hon. Otis D. Wright II
   |                                        | Trial Date:       None Set
23

Pursuant to Federal Rule of Civil Procedure 26(f), Rule 26-1 of the Local Rules of the U.S. District Court for the Central District of California and this Court's Order Setting Scheduling Conference, Plaintiff Sara Roodbari and Defendant Biogen, Inc. (also erroneously sued as BIOGEN IDEC) ("Defendant") hereby submit the following Joint Report in accordance with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1.

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, counsel for Plaintiff and counsel for Defendant met via telephone and participated in an Early Meeting on October 18, 2017. The parties discussed the nature and basis of the claims and defenses, the appropriate settlement conference procedure as well as discovery, including depositions, and a possible schedule for a motion for summary judgment in addition to other matters.

A. **Synopsis of Case.**

*Plaintiff contends as follows:*

Plaintiff contends that Defendant discriminated against Plaintiff because of her medical condition, specifically Multiple Sclerosis. Further, Defendant failed to accommodate Plaintiff and wrongfully terminated her.

*Defendant contends as follows:*

Defendant denies all of Plaintiff's material allegations. Specifically, Defendant denies that it failed to accommodate Plaintiff and that it wrongfully terminated or wrongfully constructively terminated Plaintiff or took any unlawful conduct towards Plaintiff. Accordingly it is Defendant's position that Plaintiff has not suffered damages.

Defendant further contends that Plaintiff voluntarily quit from her position.

B. **Subject Matter Jurisdiction.**

The parties agree that this Court has subject matter jurisdiction based on diversity.

C. **Complex Case.**

The parties agree that this is <u>not</u> a complex case and this case does not require all or part of the procedures of the Manual for Complex Litigation to be utilized. The parties

also agree that this case does not appear to present any unusual legal issues.

**D.  Settlement and ADR.**

At this time, the parties are unable to assess the likelihood of settlement. Counsel for the parties discussed possible settlement mechanisms, and agreed that some discovery is necessary before the parties are ready to evaluate settlement of this matter. The parties are considering private mediation, and are also open to utilizing the Court's ADR and/or a Magistrate Judge to conduct a settlement conference.

**E.  Trial Estimate.**

The parties estimate trial to take six to eight court days, excluding motions in limine and jury selection.

The parties' proposals regarding the trial date and Final Pretrial Conference are set forth below.

**F.  Jury Trial.**

Plaintiff has requested a trial by Jury.

Attorneys Who Will Try The Case.

For Plaintiff: Daniel Bodell.

For Defendant: Henry Sanchez (lead) and Michael Wertheim.

The parties may add additional counsel.

**G.  The Likelihood of Appearance of Additional Parties/Amending Pleadings.**

Plaintiff does not presently anticipate amending the pleadings or adding additional parties.

**H.  Discovery Status.**

The parties have stipulated to exchange the Initial Disclosures required by Rule 26 (a)(1)(A) on November 21, 2017.

///

///

## 1. Proposed Discovery Plan.

The parties are committed to cooperation should issues arise. The parties further agree that discovery need not be conducted in phases, except expert discovery.

The parties anticipate discovery pertaining to, among other things, the issues underlying Plaintiff's medical condition and any related workplace accommodations; the affirmative defenses; and Plaintiff's damages and shall include the following:

| | |
|---|---|
| **By Plaintiff:**<br>(1) Written Discovery: Interrogatories, Requests for Production of Documents, Requests for Admissions and supplemental written discovery, if necessary. Plaintiff may request interrogatories beyond the number permitted by the FRCP and local rules.<br>(2) Plaintiff anticipates the need to depose several witnesses employed by Defendant. | Complete Prior to Discovery Cut Off Date |
| **By Defendant:**<br>(1) Written Discovery: Interrogatories, Requests for Production of Documents, Requests for Admissions and supplemental written discovery, if necessary. Defendant may request interrogatories beyond the number permitted by the FRCP and local rules.<br>(2) Defendant anticipates the need to | Complete Prior to Discovery Cut Off Date |

| | |
|---|---|
| depose Plaintiff, and several other witnesses. Defendant will need to subpoena documents from third-parties, including documents from Plaintiff's medical providers and previous and/or subsequent employers. | |
| Depositions of Expert Witnesses | Completed prior to Expert Discovery Cut Off |

Regarding ESI, the parties have agreed that documents will be produced in pdf form, except Excel spreadsheets and jpegs/photographs or video, which shall be produced in their respective formats (i.e. Excel spreadsheets in Excel format; jpegs in jpeg format; video in video format).

The parties have agreed to enter into a Stipulation for Protective Order to be used for purposes of discovery, which will be modeled, in part, after the U.S. District Court for the Northern District of California's recommended protective order, but have not yet circulated a draft.

### I. Expert Witnesses.

The parties propose expert witness disclosures under Federal Rule of Civil Procedure 26(a) take place on the dates set forth below.

Plaintiff anticipates experts may be necessary on the following subjects: economic damages, vocational rehabilitation and emotional distress damages, and to rebut Defendant's expert witnesses.

Defendant anticipates experts may be necessary on the following subjects: economic damages, vocational rehabilitation and emotional distress damages, and to rebut Plaintiff's expert witnesses. The parties will be better able to determine which experts are necessary after some discovery is conducted, and reserve the right to designate additional experts.

J.  **Proposed Pretrial Dates and Trial Date.**

The parties propose the following pretrial and trial dates:

| Event | Date |
|---|---|
| Fact Discovery Cut Off: | August 20, 2018 |
| Expert Designation: | August 3, 2018 |
| Counter-Expert Designation | August 10, 2018 |
| Last Day to Hear Dispositive and Discovery Motions: | August 13, 2018 |
| Expert Discovery Cut Off: | September 4, 2018 |
| Motions in Limine to be Filed: | September 24, 2018 |
| Pretrial Conference: | October 15, 2018 |
| Trial: | October 22, 2018 |

The Parties agree that any motion for summary judgment or motion for partial summary judgment shall be filed and served according to the timeline set forth in the Federal Rules of Civil Procedure.

DATED:   October 30, 2017          BODELL LAW GROUP, LLP

                              By:   /s/   *Daniel Bodell*
                                    Daniel Bodell

                                    Attorneys for Plaintiff
                                    SARA ROODBARI

DATED: October 30, 2017            JACKSON LEWIS P.C.

                              By:   /s/   *Henry L. Sanchez*
                                    Henry L. Sanchez
                                    Michael Wertheim

                                    Attorneys for Defendant
                                    BIOGEN INC. (also erroneously sued and served as BIOGEN IDEC)

4825-5817-3011, v. 1