**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sara Roodbari,<br><br>v.                   Plaintiff<br><br>Biogen Idec et al.,<br><br>                 Defendant(s). | CASE NUMBER:<br>CV 17-06389-ODW (FFMx)<br><br>**ORDER/REFERRAL TO ADR** |

   The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

   **ORDERS** this case referred to:

   X   **ADR PROCEDURE NO. 1:** (☐ district judge *or* X  magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

   For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: October 31, 2017                                       United States District Judge